1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:   310.843.1284

5  Julie L. Hussey, Bar No. 237711
   JHussey@perkinscoie.com
6  PERKINS COIE LLP
   11988 El Camino Real, Suite 350
7  San Diego, CA  92130-2594
   Telephone:  858.720.5700
8  Facsimile:   858.720.5799

9  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
10 Lauren B. Cohen, Bar No. 285018
   LCohen@perkinscoie.com
11 PERKINS COIE LLP
   3150 Porter Drive
12 Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
13 Facsimile:   650.838.4350

14 Attorneys for Defendant
   MILLERCOORS LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN PARENT, an individual on behalf of himself, a class of persons similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS LLC, a Delaware Limited Liability Company authorized to do business in California, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 15-cv-01204-GPC-WVG<br><br>**DEFENDANT MILLERCOORS LLC'S NOTICE OF MOTION TO DISMISS**<br><br>Compl. filed:    April 24, 2015<br>Trial date:       None Set<br>Hearing date:  September 25, 2015<br>Time:              1:30 p.m.<br>Courtroom:    2D<br>Judge:            Hon. Gonzalo P. Curiel |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 25, 2015, at 1:30 p.m. or as soon thereafter as this matter may be heard, in Courtroom 2D of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant MillerCoors LLC ("Defendant" or "MillerCoors") will, and hereby does, move pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b) for an Order dismissing Plaintiff Evan Parent's Complaint with prejudice, on the grounds that MillerCoors' use of its trade name in labeling is expressly authorized by state and federal law, that Plaintiff cannot be deceived as a matter of law by MillerCoors' use of its trade name and trademark, and that no reasonable consumer could be misled by MillerCoors' use of "craft" and its trademark "Artfully Crafted®." Moreover, Plaintiff's Complaint fails to plead claims grounded in fraud with sufficient particularity, and Plaintiff lacks standing to pursue the injunctive relief that his Complaint seeks because he has not purchased Blue Moon for years and shows no intent to do so in the future.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, all pleadings and papers on file in this action, and such other and further matters as the Court may consider.

DATED: July 13, 2015                **PERKINS COIE LLP**

By: /s/ Julie L. Hussey
Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com

Attorneys for Defendant
MILLERCOORS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 13, 2015 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

/s/ Julie L. Hussey
Julie L. Hussey